# SAUCHIK & GIYAUR
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

17 STATE STREET, SUITE 3230
NEW YORK, NEW YORK 10004

TELEPHONE: 212-668-0200
FACSIMILE: 212-668-0222
WWW.MDRXLAW.COM

February 23, 2023

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Caleb Anderson,* et al. *v. Orbit Furniture,* et al.
              Case No. 22-cv-06919 (KAM)(RER)

Dear Judge Matsumoto,

We represent the defendants, Orbit Furniture Inc., Orbit Furniture NY LLC, Orbit Furniture Brooklyn Way, Inc., and Vladimir Bar (collectively, the "Defendants") in the above-referenced action.

In accordance with Your Honor's Individual Motion Practices and Rules, the Defendants collectively make this motion by letter to respectfully request an extension of time to answer or otherwise respond to the Complaint (ECF No. 1) in this action. The Defendants' time to answer or otherwise respond to the Complaint is currently set for March 1, 2023. This is the first request for an extension of time to answer or respond. The Defendants respectfully requests that their time to answer or otherwise respond to the Complaint be extended up to and including March 23, 2023. Opposing counsel has been advised of this request and has agreed to extend the professional courtesy of consenting to the Defendants' request for an extension of time.

We thank Your Honor for consideration.

                          Respectfully Submitted,

                          SAUCHIK & GIYAUR, P.C.

              By:   /s/_____
                          Alec Sauchik, Esq. (AS-5002)
                          *Attorneys for the Defendants*
                          17 State Street, Suite 3230
                          New York, New York 10004
                          212-668-0200
                          asauchik@mdrxlaw.com

cc: all counsel, via ECF