**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

Caleb Anderson, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                 *Plaintiff,*

- against -

Orbit Furniture Inc., Orbit Furniture NY LLC, Orbit Furniture Brooklyn Way, Inc., and Vladimir Bar,

                                 *Defendants.*

------------------------------------------------------------------X

Case No.: 22-cv-00527

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Orbit Furniture Inc., Orbit Furniture NY LLC, Orbit Furniture Brooklyn Way, Inc., and Vladimir Bar (collectively, the "Defendants"), having offered to allow Plaintiff Caleb Anderson (together, the "Plaintiff") to take a judgment against the Defendants in this action in the total sum of Five Thousand Dollars and Zero Cents ($5,000.00), payable as follows:

1. A payment in the amount of Five Thousand Dollars and Zero Cents ($5,000.00) payable on or before April 18, 2023, by bank check or wire transfer payable to the order of the Plaintiff or the Plaintiff's designee

      WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of Five Thousand Dollars and Zero Cents ($5,000.00) together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

WHEREAS, the total sum of Five Thousand Dollars and Zero Cents ($5,000.00) is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

> LEVIN-EPSTEIN & ASSOCIATES, P.C.
>
> By: _____
> Jason Mizrahi
> 60 East 42nd Street, Suite 4700
> New York, NY 10165
> Tel. No.: (212) 792-0048
> Email: Jason@levinepstein.com
> *Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.