```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```
----------------------------------------X

CALEB ANDERSON, on behalf of himself
and others similarly situated in the
proposed FLSA Collective Action,

      *Plaintiff*,

 -against-

ORBIT FURNITURE INC., ORBIT FURNTIRUE
NY LLC, ORBIT FURNITURE BROOKLYN WAY,
INC., and VLADIMIR BAR,

      *Defendants*.

----------------------------------------X

**RULE 68 JUDGEMENT**

22-CV-6919(KAM)(RER)

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Orbit Furniture Inc., Orbit Furniture NY LLC, Orbit Furniture Brooklyn Way, Inc., and Vladimir Bar (collectively, "Defendants"), having offered to allow Caleb Anderson ("Plaintiff") to take a judgment against them, in the sum of Five Thousand Dollars and Zero Cents ($5,000.00), with respect to Plaintiff's claims for wages, attorneys' fees, relief, damages, fees, interest, costs and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 11, 2023, and filed as Exhibit A to ECF No. 14;

  **WHEREAS**, on April 11, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Rule 68 Offer of Judgment (ECF. No. 14);

1

It is **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff Caleb Anderson, in the sum of Five Thousand Dollars and Zero Cents ($5,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 11, 2023, and filed as Exhibit A to ECF No. 14.

**SO ORDERED.**
Dated:    April 18, 2023
          Brooklyn, New York

**HON. KIYO A. MATSUMOTO**
United States District Judge
Eastern District of New York